IN THE SUPREME COURT OF THE STATE OF DELAWARE

DARSHON ADKINS,     §
    § No. 424, 2024
    Defendant Below,     §
    Appellant,     § Court Below–Superior Court
    § of the State of Delaware
    v.     §
    § Cr. ID Nos. S1606002008
STATE OF DELAWARE,     §     S1904013611
    §     S2101008236
    Appellee.     §     S2101013159

Submitted: January 7, 2025
Decided: January 13, 2025

## ORDER

On December 3, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Darshon Adkins, because he had not filed an opening brief by the November 27, 2024 deadline set by the Court. On December 17, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Adkins directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Adkins received the notice, as evidenced by the return receipt filed with the Court on December 26, 2024. A timely response to the notice was due on or before January 6, 2025. To date, Adkins has neither responded to the notice to

show cause nor filed an opening brief.[1] Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

/s/ Karen L. Valihura
Justice

---

[1] Adkins has also failed to complete a motion to proceed *in forma pauperis* or pay the Supreme Court filing fee.